**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ELVIS NCHE ANYE,

Plaintiff,

v.

MARKWAYNE MULLIN,
*Secretary of Homeland Security*,
JOSEPH B. EDLOW,
*Acting Director of the United States Citizenship and Immigration Services*,
SHAPEL LEE,
*Acting Baltimore Field Office Director of the United States Citizenship and Immigration Services*,
TODD BLANCHE,
*Attorney General of the United States*, and
KELLY O. HAYES,
*United States Attorney for the District of Maryland*,

Defendants.

Civil Action No. 26-0497-TDC

**ORDER**

Plaintiff Elvis Nche Anye has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close this case.

Date: September 10, 2026

THEODORE D. CHUANG
United States District Judge